UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-cr-20410-LENARD/Turnoff

UNITED STATES OF AMERICA,

v.

DEXTER EARL KEMP,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

**THIS CAUSE** is before the undersigned upon Defendant Dexter Earl Kemp's Motion to Suppress. **[DE 305]**. This matter was referred to the undersigned by the Honorable Joan A. Lenard, United States District Judge for the Southern District of Florida. **[DE 309]**. The Court has considered the Motion, the Government's response **[DE 334]**, the record evidence, the court file, the applicable law, and is otherwise duly advised in the premises.

### Summary Factual Background

On November 18, 2009, Miami Gardens police officers were executing a search warrant on a house. Defendant Dexter Earl Kemp was seen driving by the house several times. He was stopped by police officers for having dark tints. The officers recognized the car and the driver as Defendant Kemp. Defendant Kemp exited his vehicle and was patted down. The officers requested if they could search the vehicle and Defendant Kemp consented. Before the search was conducted, a canine that was being used in connection with the execution of the search warrant was summoned to sniff the car. The dog alerted to the odor of narcotics in the trunk where marijuana was found. Officers then searched the interior of the vehicle and found a box of ammunition behind the passenger seat.

CASE NO.: 10-cr-20410-LENARD/Turnoff

Defendant Kemp was issued a citation for the dark tints and was arrested for the possession of marijuana. However, he was not taken into custody. The officers issued a promise to appear for the marijuana.[1]

Subsequently, on March 23, 2010, Defendant Kemp turned himself in at his grandmother's house after he was notified that a federal arrest warrant had been issued on another case for possession of ammunition by a convicted felon. He was transported to the police station where he made post-Miranda statements admitting to possession of the ammunition.

**Procedural Background**

Defendant Kemp was previously charged in the Southern District of Florida, in Case No. 10-20224-CR-MARTINEZ/Brown, with being a felon in possession of ammunition in violation of Title 18 U.S.C. § 922(g). In that case, Defendant Kemp moved to suppress all evidence seized from the warrantless search of his car on November 18, 2009, as well as statements made following his arrest that same day. Case No. 10-20224-CR-MARTINEZ/Brown at **[DE 24]**. He argued that, while the initial stop may have been valid, the subsequent warrantless search of his vehicle was not. Specifically, Defendant Kemp argued that the officers needed either probable cause that evidence of a crime was located in his car or a reasonable articulable suspicion that Defendant Kemp was dangerous and that weapons were located inside his car. The Government responded that Defendant Kemp gave consent to search his vehicle and that a K-9 alerted to the presence of narcotics, thereby providing probable cause to conduct the warrantless search. Case No. 10-20224-CR-MARTINEZ/Brown at **[DE 30]**.

---

[1] The case relating to the marijuana possession was dismissed by the State of Florida.

CASE NO.: 10-cr-20410-LENARD/Turnoff

Magistrate Judge Stephen T. Brown held an evidentiary hearing in case No. 10-20224-CR-MARTINEZ/Brown and issued a report and recommendation finding that the evidence should not be suppressed because Defendant Kemp gave consent to conduct the search, and even if he had not consented, the K-9's alert provided the officers with probable cause. Case No. 10-20224-CR-MARTINEZ/Brown at **[DE 45]**. Magistrate Judge Brown further found that the manner and duration of the search were proper. Defendant Kemp filed objections to Magistrate Judge Brown's report and recommendations. Case No. 10-20224-CR-MARTINEZ/Brown at **[DE 48]**. The Honorable Jose E. Martinez, United States District Judge for the Southern District of Florida, denied the objections and adopted Magistrate Judge Brown's report and recommendation. Case No. 10-20224-CR-MARTINEZ/Brown at **[DE 56]**.

Ultimately, the Government dismissed case No. 10-20224-CR-MARTINEZ/Brown prior to its resolution and filed the instant case. Case No. 10-20224-CR-MARTINEZ/Brown at **[DE 73]**.

**Discussion**

In this case, Defendant Kemp filed the instant motion to suppress the evidence seized from the warrantless search of his car, as well as the statements made following his arrest on the same date.

The Court has reviewed the record in case No. 10-20224-CR-MARTINEZ/Brown, as well as the transcript of the proceedings on the Motion to Suppress heard before Magistrate Judge Brown on May 10, 2010.[2] The Motion to Suppress filed in that case is identical to the present Motion to

---

[2] Copies of the Motion to Suppress, the Government's response, the transcript of the hearing before Magistrate Judge Brown, his report and recommendation, and Defendant Kemp's objections thereto were filed by the Government as exhibits to its response. **[DE 334]**.

CASE NO.: 10-cr-20410-LENARD/Turnoff

Suppress. It pertains to the same facts stemming from the same warrantless vehicle search and seeks to suppress the same evidence and statements made in connection therewith. The witnesses presented would be the same. Moreover, the parties have advised that they are in agreement that all of the witnesses in this case would testify consistently with their previous testimony in the Judge Martinez case.

The instant motion is based upon the same factual circumstances that were relied upon in the previous motion, which was denied on the merits. Therefore, the undersigned concludes that, in keeping with the concept of judicial economy, it would be wasteful and unnecessary to duplicate the efforts that have been undertaken in the previous case. See Posner v. Essex Ins. Co., Ltd., 178 F.3d 1209, 1224 (11th Cir. 1999) (staying case pending resolution of Bermuda case involving same parties, factual nexus, and issues); See Constr. Serv., Inc. v. Hydroxyl Sys., Inc., No. 07-21136-CIV, 2007 WL 1879397, at *1 (S.D. Fla. Jun. 27, 2007) (staying case pending resolution of Canadian case involving the same parties and claims).

As such, the undersigned concurs with and incorporates the findings of facts and conclusions of law set forth in Magistrate Judge Brown's report and recommendation, which was adopted by Judge Martinez in Case No. 10-20224-CR-MARTINEZ/Brown.

## Conclusion

Accordingly, it is hereby **RESPECTFULLY RECOMMENDED** that Defendant Dexter Earl Kemp's Motion to Suppress **[DE 305]** be **DENIED**.

Pursuant to 28 U.S.C. §636(b)(1)(c), the parties may file written objections to this Report and Recommendation with the Honorable Joan A. Lenard, United States District Judge, within fourteen

CASE NO.: 10-cr-20410-LENARD/Turnoff

(14) days of receipt. Failure to file objections timely shall bar the parties from attacking on appeal any factual findings contained herein. RTC v. Hallmark Builders, Inc., 996 F.2d 1144 (11th Cir. 1993); LoConte v. Dugger, 847 F.2d 745 (11th Cir. 1988).

**RESPECTFULLY RECOMMENDED** in Chambers, at Miami, Florida, this 30 day of March 2011.

WILLIAM C. TURNOFF
**United States Magistrate Judge**

cc: Hon. Joan A. Lenard
All counsel of record