UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20410-CR-LENARD/TURNOFF

**UNITED STATES OF AMERICA**,

        Plaintiff,

vs.

**DEXTER EARL KEMP**,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 481) AND DENYING DEFENDANT DEXTER EARL KEMP'S MOTION TO SUPPRESS (D.E. 306)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge William C. Turnoff ("Report," D.E. 481), issued on November 22, 2011. In his Report, Magistrate Judge Turnoff recommends that Defendant Dexter Earl Kemp's Motion to Suppress (D.E. 306), filed on September 3, 2010, be denied. (Report at 11.) The Report finds that the owner of the home in which Defendant had been living freely and voluntarily executed the consent to search form, allowing FBI agents to search Defendant's bedroom. (*See id.*) Thus, all evidence obtained by agents during the protective sweep and valid consent search of Defendant's room should not be suppressed. (*Id.*) The Report also provides that any objections may be filed within fourteen days of its receipt by the parties. (*Id.*) To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*,

996 F.2d 1144, 1149 (11th Cir. 1993).

Therefore, after an independent review of the Report and record, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 481), issued on November 22, 2011, is **ADOPTED.**

2. Defendant Dexter Earl Kemp's Motion to Suppress (D.E. 306), filed on September 3, 2010, is DENIED.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of April, 2011.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**