UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20410-CR-LENARD/TURNOFF

**UNITED STATES OF AMERICA**,

        Plaintiff,

vs.

**DEXTER EARL KEMP**,

        Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 663) AND DENYING DEFENDANT DEXTER EARL KEMP'S MOTION TO SUPPRESS (D.E. 305)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge William C. Turnoff ("Report," D.E. 663), issued on March 31, 2011. In his Report, Magistrate Judge Turnoff recommends that Defendant Dexter Earl Kemp's Motion to Suppress (D.E. 305), filed on September 3, 2010, be denied. (Report at 4.)[1] The Report also provides that any objections may be filed within fourteen days of its receipt by the parties. (*Id.*) To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Therefore, after an independent review of the Report and record, it is hereby

---

[1] The Report bases its findings and recommendation on the transcript of the hearing on this same motion in front of Magistrate Judge Brown in Case No. 10-20224-CR-MARTINEZ/BROWN.

**ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 663), issued on March 31, 2011, is **ADOPTED.**

2. Defendant Dexter Earl Kemp's Motion to Suppress (D.E. 305), filed on September 3, 2010, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of August, 2011.

*Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**